UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREW GEOFFREY WEEDEN, § | |
|     Plaintiff, § | |
| v. § | No. 3:15-CV-04070-N-BF |
| C.O. FREDRICK L. DUNMORE and § | |
| C.O. SHUNTA OLIVER, § | |
|     Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated October 27, 2016. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute and follow court orders.

**SO ORDERED** this 2nd day of December, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE